

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES REVELES, | § | No. 08-16-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| OEP HOLDINGS, LLC and MVT SERVICES, LLC, | § | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2014DCV3664) |

## **O R D E R**

On February 6, 2019, the Court issued an order for mediation referral and suspended the appellate timetable for forty-five days. The order required the parties and the mediator to take certain steps, including filing a mediation report and a dispositive motion if mediation was successful, or a motion to reinstate the appellate timetable if it was not. The mediator filed a report stating that mediation was unsuccessful. The parties have not filed a motion to reinstate the appellate timetable, but Appellees filed a motion requesting a third extension of time to file motion for rehearing. On our own motion, we order that the appeal continue and that the suspension of the appellate timetable is lifted. Further, the motion requesting a third extension of time to file motion for rehearing is GRANTED. The motion for rehearing is due to be filed on or before April 28, 2019.

IT IS SO ORDERED THIS 14TH DAY OF MARCH, 2019.


GINA M. PALAFOX, Justice

Before McClure, C.J., Palafox, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment